**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 21-1318**

In re: WAYNE CHRISTOPHER HOOKS,

Petitioner.

On Petition for Writ of Mandamus.  (5:21-hc-02037-M)

Submitted:  September 9, 2021                         Decided:  September 13, 2021

Before MOTZ, KING, and WYNN, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Wayne Christopher Hooks, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wayne Christopher Hooks petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on his 28 U.S.C. § 2241 petition. He seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. To the extent that Hooks seeks an order directing the district court to act because of emergency COVID-19 conditions at the prison where he is located, Hooks has not established a clear right to such relief. *See In re Murphy-Brown, LLC*, 907 F.3d 788, 795 (4th Cir. 2018). Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*

2